## UNITED STATES DISTRICT COURT
## THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

**IN RE: DAVOL, INC./C.R. BARD, INC., POLYPROPYLENE HERNIA MESH PRODUCTS LIABILITY LITIGATION**

Case No. 2:18-md-2846

Judge Edmund A. Sargus, Jr.
Magistrate Judge Kimberly A. Jolson

**This document relates to:**
*Bricking v. Davol, Inc. et al.*
Case No. 2:22-cv-756

## ORDER

On March 22, 2023, the Court ordered Plaintiff to perfect service pursuant to Civil Rule 4. (ECF No. 4.) On April 6, 2023, Defendants filed a notice that Plaintiff had not complied with the Court's order. (ECF No. 5.) Therefore, Defendants' Motion to Dismiss for Failure to Serve Complaint (ECF No. 3) is **GRANTED** and Plaintiff's case is **DISMISSED WITHOUT PREJUDICE**.

IT IS SO ORDERED.

**4/18/2023**
**DATE**

**s/Edmund A. Sargus, Jr.**
**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**